IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:06-CR-84-BO
NO. 5:12-CV-447-BO

FILED IN OPEN COURT
ON 9/20/2012
Julie A. Richards, Clerk
US District Court
Eastern District of NC

| | |
|---|---|
| BRANDON NEVILLE SMITH, ) | |
| Petitioner, ) | |
| ) | |
| v. ) | O R D E R |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| Respondent. ) | |

This matter is before the Court on petitioner's motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 [DE 34]. Petitioner, Mr. Smith, asserts that he is not guilty of having been a felon in possession of a firearm in violation of 18 U.S.C. § 922(g) in light of the Fourth Circuit's holding in *United States v. Simmons*, 649 F.3d 237 (4th Cir. 2011) (en banc).

The government has responded to Mr. Smith's § 2255 petition, stating that it waives its reliance on the statute-of-limitations defense and asking that the Court reach the merits of Mr. Smith's claim [DE 40]. Furthermore, the government concedes that Mr. Smith's claim has merit and asks the Court to vacate Mr. Smith's sentence.

In light of the foregoing and the hearing held in this matter on September 20, 2012, the Court accepts the government's concession and allows Mr. Smith's § 2255 motion. Accordingly, Mr. Smith's motion to vacate is GRANTED. The judgment and conviction entered in this matter on January 23, 2007, is hereby VACATED and Mr. Smith is ORDERED to be released from federal custody forthwith.

SO ORDERED, this 20 day of September, 2012.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE